IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00407-PSF

SUSAN M. GILBERT,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER OF REMAND

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit (Dkt. # 27), issued in Case No. 06-1137 on June 4, 2007, this case is hereby REMANDED to the Commissioner of Social Security for further proceedings consistent with the Order and Judgment of the Tenth Circuit.

DATED: June 6, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge