IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00407-PSF

SUSAN M. GILBERT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## ORDER GRANTING AWARD FOR ATTORNEYS' FEES UNDER EAJA
---

    This matter is before the Court on the plaintiff's Application for Attorney's Fees Under the Equal Access to Justice Act (Dkt. # 32), filed July 5, 2007. Defendant Commissioner has filed a response stating that he does not oppose the request (Dkt. # 33).

    Having reviewed the motion, case file and Order and Judgment entered by the Tenth Circuit on April 11, 2007, this Court hereby ORDERS that the Motion for Award of Attorney Fees under the Equal Access to Justice Act is GRANTED.

    Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel, Ruth K. Irvin, is awarded a reasonable attorney's fee in the amount of $6,675.

    DATED: July 19, 2007

                                                BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge